# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SPIRIT AIRLINES, INC.,** a Florida Corporation,
Appellant,

v.

**ROLLS-ROYCE CORPORATION,** a foreign profit corporation; **ROLLS-ROYCE NORTH AMERICA, INC.,** a foreign profit corporation; **ROLLS-ROYCE, PLC;** a foreign profit corporation; **IAE INTERNATIONAL AERO ENGINES AG,** a foreign profit entity; and **PRATT & WHITNEY,** a division of **UNITED TECHNOLOGIES CORPORATION;** a foreign profit **corporation,**
Appellees.

No. 4D17-3265

[August 2, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael L. Gates, Judge; L.T. Case No. 16-12458 CACE (12).

Juan R. Serrano and Eric D. Griffin, Jr. of Griffin & Serrano, P.A., Fort Lauderdale, for appellant.

Thomas E. Scott, Scott A. Cole and Warren H. Chin of Cole, Scott & Kissane, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***